United States District Court
Northern District of West Virginia
Wheeling Division

Jonathan Lee Riches; David Geffen, and all others similarly situated,
Plaintiffs
5:08-CV-56
v.
Steven Spielberg; Jeffrey Katzenberg,
Defendants

FILED
JAN 31 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

Class Action Suit Pursuant to Fed R. Civ P 20 & 23,
42 USC 1983 / Preliminary Injunction / TRO

Plaintiffs seek a restraining order, preliminary Injunction Against defendants. Defendants plan to write a movie about Plaintiffs, without Plaintiffs consent, then threatened Plaintiffs. Plaintiffs are scared, worried, have nightmares, and are in Fear. Plaintiffs seek a restraining order.

Jonathan Lee Riches / David Geffen
P.O. Box 340
Salters S.C 29590
843-387-9400

Respectfully [signature]